IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PARKING SECURITY SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:08CV192-HEH |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER
**(Denying Motion to Stay Proceedings)**

THIS MATTER is before the Court on Defendant's Motion to Stay, filed on June 20, 2008. The Defendant filed a memorandum in support of its position, and the Plaintiff filed no response. The Court will dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid in the decisional process. Upon due consideration, the Court finds no compelling reason to stay the proceedings in this case. Accordingly, Defendant's Motion (Dkt. No. 26) is DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 22, 2008
Richmond, VA